Filer's Name, Address, Phone, Fax, Email:

Russell Jack Grisham
2029 Ala Wai Blvd., PH-1
Honolulu, Hawaii 96815
808-256-7004



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813



FILED
BANKRUPTCY COURT

2014 JUN 20 P 2: 51

hib_2083-1b (12/09)

Debtor: Russell Jack Grisham

Case No.: 14-00500

Joint Debtor:
(if any)

Chapter 13

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

[Use this form only if the bankruptcy petition was filed originally under chapter 13.
Do not use this form if the case has been converted from chapter 7, 11, or 12.]

Whereas this case has not been converted to a chapter 13 case under 11 U.S.C. § 706, 1112, or 1208, the undersigned hereby requests an order dismissing this case.

/s/ Russell Jack Grisham
Debtor/Attorney

/s/ _____
Joint Debtor/Attorney

Dated: June 20, 2014

Dated: _____

U.S. Bankruptcy Court - Hawaii   #14-00500   Dkt # 25   Filed  06/20/14   Page 1 of 1